REGINA STILLMAN, Respondent, v. LOUIS S. STILLMAN, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Laughlin, Scott, Dowling and Smith, JJ.

ISABELLA C. CLARK, as Administratrix, etc., Appellant, v. WILLIAM GIBSON, Respondent.— Order reversed, with ten dollars costs and disbursements, and motion denied, with ten dollars costs; the time for the examination to proceed to be fixed in the order. No opinion. Order to be settled on notice. Present — Clarke, P. J., Laughlin, Scott, Dowling and Smith, JJ.

TESSIE METH, by DAVID METH, Her Guardian ad Litem, Appellant, v. PAUL GIBRALTER, Respondent.— Order modified as stated in order and as so modified affirmed, without costs. No opinion. Present — Clarke, P. J., Laughlin, Scott, Dowling and Smith, JJ.

HELEN M. HANCOCK v. HERBERT E. HANCOCK.— Motion to dismiss appeal granted unless appellant comply with terms stated in order. Present — Clarke, P. J., Laughlin, Scott, Dowling and Smith, JJ.

In the Matter of the CITY OF NEW YORK (Pier Old No. 49, East River).— Motion to dismiss appeal granted, with ten dollars costs, unless appellants comply with terms stated in order. Present — Clarke, P. J., Laughlin, Scott, Dowling and Smith, JJ.

GRACE SCHNEIDER v. J. EDWARD OGDEN.— Application denied, with ten dollars costs. Order signed. Present — Clarke, P. J., Laughlin, Scott, Dowling and Smith, JJ.

McCABE HANGER MANUFACTURING COMPANY v. CHELSEA EXCHANGE BANK.— Motion granted upon defendant's filing stipulation required in order. Order signed. Present — Clarke, P. J., Laughlin, Scott, Dowling and Smith, JJ.

In the Matter of BARNEY BUDNICK v. NATHAN S. KALMAN.— Application denied, with ten dollars costs. Order signed. Present — Clarke, P. J., Laughlin, Scott, Dowling and Smith, JJ.

ELLA SMITH v. BARNET COHEN and Others.— Application denied, with ten dollars costs. Order signed. Present — Clarke, P. J., Laughlin, Scott, Dowling and Smith, JJ.

MARTHA G. HACKNEY v. WALDORF ASTORIA HOTEL COMPANY.— Motion denied, with ten dollars costs. Present — Clarke, P. J., Laughlin, Scott, Dowling and Smith, JJ.

IGNATZ ROSENFELD, as Administrator, etc., v. ALBERT SMITH & SONS, INC., Impleaded, etc.— Motion for leave to appeal granted; motion for reargument denied. Present — Clarke, P. J., Laughlin, Scott, Dowling and Smith, JJ.

ROSALIND REALTY COMPANY v. WESTERN INSURANCE COMPANY.— Motion denied, with ten dollars costs. Present — Clarke, P. J., Laughlin, Scott, Dowling and Smith, JJ.

GEORGE A. RAFTERY v. WORLD FILM CORPORATION.— Motion denied, with ten dollars costs. Present — Clarke, P. J., Laughlin, Scott, Dowling and Smith, JJ.